UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRIAN ELDON SAYLOR,<br><br>Petitioner,<br><br>v.<br><br>XAVIER BECCERRA,<br><br>Respondent. | No. ED CV 21-01167-JFW (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition without prejudice.

Date:  August 8, 2022

*[signature]*
JOHN F. WALTER
United States District Judge