JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BRIAN ELDON SAYLOR, <br><br> Petitioner, <br><br> v. <br><br> XAVIER BECCERRA, <br><br> Respondent. | No. ED CV 21-01167-JFW (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed without prejudice.

Date: August 8, 2022

JOHN F. WALTER
United States District Judge